AO 243 (Rev. 5/85)     MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District Of Columbia | |
|---|---|---|
| Name of Movant: John Sterling | Prisoner No. CR-01-110-01 | Case No. |
| Place of Confinement: F.C.C. P.O. Box 90043, Petersburg, V.A. 23804 | | |

UNITED STATES OF AMERICA     V.     John Sterling
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: U.S. District Court, District of Columbia, 333 Constit

   CASE NUMBER 1:06CV01256

2. Date of judgment of conviction: June 21, 2002.

   JUDGE: Henry H. Kennedy

3. Length of sentence: 135 Months

   DECK TYPE: Habeas Corpus/2255

4. Nature of offense involved (all counts): Count 1. II

   DATE STAMP: 07/13/2006

   substance, in violation of 33 D.C. Code, Section 541 (a)(1). Count 2. Unlawful Possession, in violation of 33 D.C. Code, Section 541(d). Count 3. Unlawful Possession of Paraphernalia, in violation of 33 D.C. Code, Section 603(a). and Count 4. Violation of 33 D.C. Code Section 603(a)

5. What was your plea? (Check one)
   (a) Not guilty     ☐
   (b) Guilty         ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Plea Guilty to Count three and the goverment dismissed the remaining counts. Petitioner was only involved in two counts.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐  N/A
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐ No ☐   N/A

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒